*July 12, 2017*

2017-Ohio-5799.]

**2017–0753.  State ex rel. Langhenry v. Britt.**
In Mandamus. Sua sponte, alternative writ granted. The following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05. Relators shall file their evidence and merit brief within three days of the date of this entry; respondent shall file her evidence and merit brief within three days of the filing of the relators' brief; and relators' may file a reply brief within one day after the filing of respondent's merit brief.

On motion to intervene as relators of Dianne S. Bufford, Jennifer A. Blakeney, Verdia Y. Conner, Khalilah A. Worley, and Linda C. Robinson. Motion granted. Intervening relators shall file their brief and reply brief within the timeframe specified in the order for the relators to file their brief and reply brief.

On intervening relators' motion to dismiss for lack of jurisdiction. Motion denied.

On respondent's motion to dismiss. Motion denied.

On relator's motion for issuance of alternative writ of mandamus. Motion denied as moot.

No requests or stipulations for extension of time shall be permitted in this case, and the clerk of court shall refuse to file any requests or stipulations for extension of time.

O'DONNELL, J., dissents and would grant respondent's motion to dismiss and deny all other motions as moot.

**2017–0801.  State ex rel. Garrett v. Costine.**
In Mandamus and Prohibition. On relator's motion for stay and motion for leave to amend complaint and respondent's motion to dismiss. Motion for stay denied, motion for leave to amend complaint denied as moot, and motion to dismiss granted in part as to the complaint for a writ of mandamus.

An alternative writ of prohibition is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05. The parties shall file any evidence they intend to present within 20 days of the date of the entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.

**2017–0880.  State ex rel. Electronic Classroom of Tomorrow v. State Bd. of Edn.**
In Mandamus and Prohibition. On relator's emergency motion for an immediate preliminary injunction. Motion denied.

O'DONNELL, J., dissents.

W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for FRENCH, J.

**2017–0913.  Electronic Classroom of Tomorrow v. Dept. of Edn.**
Franklin App. No. 16AP–863, 2017-Ohio-5607. On appellants' emergency motions for injunction pending appeal. Motions denied.

O'DONNELL, J., dissents.

W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for FRENCH, J.